| | | | |
|---|---|---|---|
| Com. v. White | 2418 EDA 2015<br>Affirmed | 02/21/2017 | CP–51–CR–0010642–2013<br>(Philadelphia) |
| Com. v. Heath | 2577 EDA 2015<br>Affirmed | 02/21/2017 | CP–39–CR–0001175–2014<br>(Lehigh) |
| In re Estate of Burrell | 2624 EDA 2015<br>Affirmed,<br>Reversed and<br>Remanded | 02/21/2017 | Control No. 141963<br>O.C. No. 805 DE of<br>2013<br>(Philadelphia) |
| Com. v. Robinson | 2785 EDA 2015<br>Reversed and<br>Remanded | 02/21/2017 | CP–15–CR–0002459–2014<br>(Chester) |
| In the Matter of Bush; Appeal of Bush [16] | 3207 EDA 2015<br>Affirmed | 02/21/2017 | 1509–1720<br>(Chester) |
| Com. v. Burnett | 179 EDA 2016<br>Affirmed | 02/21/2017 | CP–51–CR–0015406–2008<br>(Philadelphia) |
| Com. v. Feliciano | 1087 EDA 2016<br>Affirmed | 02/21/2017 | CP–48–CR–0001643–1998<br>(Northampton) |
| Com. v. Williams | 1224 EDA 2016<br>Affirmed | 02/21/2017 | CP–39–CR–0003755–2009<br>(Lehigh) |
| Com. v. Bussey | 2443 EDA 2016<br>Affirmed | 02/21/2017 | CP–09–CR–0001185–1974<br>(Bucks) |
| Com. v. Adkins | 160 MDA 2016<br>Affirmed | 02/21/2017 | CP–21–CR–0003343–2013<br>(Cumberland) |
| Com. v. Basehoar | 274 MDA 2016<br>Affirmed | 02/21/2017 | CP–21–CR–0001367–2015<br>(Cumberland) |
| Com. v. Lee | 512 MDA 2016<br>Affirmed | 02/21/2017 | CP–14–CR–0000333–2005<br>CP–14–CR–0000334–2005<br>CP–14–CR–0000335–2005<br>CP–14–CR–0000336–2005<br>CP–14–CR–0000793–2005<br>(Centre) |
| Com. v. Rivas–Rivera [17] | 518 MDA 2016<br>Affirmed | 02/21/2017 | CP–36–CR–0000099–2012<br>CP–36–CR–0000100–2012<br>CP–36–CR–0000101–2012<br>CP–36–CR–0000102– |

16. Petition for reargument denied April 24, 2017.
17. Petition for reargument denied March 27, 2017.